**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TATOOINE ELECTRONIC SYSTEMS, INC.,** | ) ) ) | **CASE NO. 8:08CV19** |
| **Plaintiff,** | ) ) ) | **ORDER OF REFERENCE** |
| vs. | ) ) ) | |
| **ELECTRONIC DISPOSAL TECHNOLOGIES, INC.; ADVANCED LASER SYSTEMS AND SERVICES, INC. and URSULA GARBIEN,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

IT IS ORDERED that the parties' Stipulation (Filing No. 35) is granted, and this case is hereby referred to Magistrate Judge F. A. Gossett for all further proceedings and the entry of judgment pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and consent of the parties.

DATED this 7th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge