IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TATOOINE ELECTRONIC SYSTEMS, INC., a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC DISPOSAL TECHNOLOGIES, INC., a Nebraska corporation, ADVANCED LASER SYSTEMS AND SERVICES, INC. and URSULA GARBIEN,<br><br>Defendants. | 8:08CV19<br><br>ORDER OF DISMISSAL<br><br>WITH PREJUDICE |

THIS MATTER is before the court on the parties' STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE [46].  Upon review of the document, the court finds that the stipulation and motion should be granted, and the Complaint filed herein by Plaintiff Tatooine Electronic Systems, Inc., should be dismissed with prejudice as to all parties and claims.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED:**

1. The parties' Stipulation and Joint Motion for Dismissal with Prejudice [46] is granted.

2. This action is dismissed with prejudice as to all parties and claims.

3. The parties shall bear their own costs and attorneys' fees incurred herein.

**DATED July 17, 2008.**

           BY THE COURT:

           s/ F.A. Gossett
           **United States Magistrate Judge**